FILED
CLERK, U.S. DISTRICT COURT

SEP 25 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Case No.  2:12-CR-01206-R
                               )
                Plaintiff,     )   ORDER OF REVOCATION/DETENTION
                               )   IN BAIL REVOCATION/DETENTION
        v.                     )   PROCEEDINGS
Thomas Jeffery Davis,          )
                               )   (18 U.S.C. § 3148(b))
                Defendant.     )
                               )
_____)

    Upon motion of the Government to detain defendant in connection
with bail revocation/detention proceedings pursuant to 18 U.S.C.
§ 3148(b):

    A.   The Court finds:

         (  ) there is probable cause to believe that defendant has
              committed a federal, state, or local crime while on
              release;

         ( ✓ ) there is clear and convincing evidence that defendant
              has violated another condition of release;

    B.   The Court further finds:

         ( ✓ ) no condition or combination of conditions will
              reasonably assure the appearance of defendant as
              required;

1        (   ) no condition or combination of conditions will

2        reasonably assure the safety of any other person and

3        the community;

4        (✓) defendant is unlikely to abide by any condition or

5        combination of conditions of release.

6    C.   The Court has considered:

7        (✓) the nature and circumstances of the offense(s) charged;

8        (✓) the weight of the evidence against defendant;

9        (✓) the history and characteristics of defendant;

10       (✓) the nature and seriousness of the danger to any person

11       or the community that would be posed by defendant's

12       release.

13   D.   The Court concludes:

14       (   ) Defendant poses a risk to the safety of other persons

15       and the community based on: _____

16   _____

17   _____

18   _____

19       (✓) Defendant poses a serious flight risk based on: _____

20   _instant allegations / current fugitive status_____

21   _____

22   _____

23       (✓) Defendant is unlikely to abide by any condition or

24       combination of conditions of release based on:

25   _instant allegations / fugitive status_____

26   _____

27   _____

28

1    E.    The Government ( ) is ( ) is not entitled to a rebuttable
2          presumption that no condition or combination of conditions
3          will assure that defendant will not pose a danger to the
4          safety of any person or the community.

5    F.    The Court finds:
6          ( ) Defendant has not rebutted by sufficient evidence to
7              the contrary the presumption provided in 18 U.S.C.
8              § 3148(b) that no condition or combination of
9              conditions will assure the safety of any other person
10             or the community;

11   IT IS ORDERED that defendant is detained and remanded to the
12   custody of the U.S. Marshal.

13   If defendant is awaiting trial, IT IS FURTHER ORDERED that
14   defendant be confined in a corrections facility separate, to the
15   extent practicable, from persons awaiting or serving sentences or
16   persons held in custody pending appeal.

17   IT IS FURTHER ORDERED that defendant be afforded reasonable
18   opportunity for private consultation with defendant's counsel.

19   DATED:    9/25/14

20                                   HONORABLE JACQUELINE CHOOLJIAN
                                     United States Magistrate Judge
21
22
23
24
25
26
27
28

3