SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOSEPH D. AXELRAD (Cal. Bar No. 274580)
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7964
     Facsimile: (213) 894-0142
     E-mail:    joseph.axelrad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-1206-R |
|---|---|
| Plaintiff, | AMENDED JUDGMENT AND COMMITMENT ORDER |
| v. | * Original Sentencing Date: 02-13-15; Re-Sentencing Date pursuant to USCA 9th Circuit Mandate: 8-15-16 |
| THOMAS JEFFREY DAVIS, | |
| Defendant. | |

On October 15, 2014, defendant Thomas Jeffrey Davis ("defendant") entered a plea of GUILTY, and the Court being satisfied that there is a factual basis for the plea, enters the following Judgment and Commitment Order:

There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offenses of: 26 U.S.C. § 5861(a), Engaging in Business as a Manufacturer and Dealer in Firearms Without Registration and 26 U.S.C. § 5861(d), Possession of an Unregistered Firearm.

The Court asked whether there was any reason why judgment should

not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that, pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, TIME SERVED on counts 1 and 2 of the Indictment:

Upon release from imprisonment, defendant shall be placed upon supervised release for a term of three years under the following terms and conditions:

1) Defendant is ordered to participate for a period of 22 months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.

2) Defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.

3) He shall pay the costs of location monitoring, not to exceed the sum of $12 for each day of participation in the electronic monitoring or GPS system. The Probation Officer may waive some or all of the costs if it is determined that he does not have the ability to pay. He shall provide payment and proof of payment as directed by the Probation Officer.

4) Defendant shall comply with the rules and regulations of the United States Probation Office and General Order 05-02;

It is ordered that defendant shall pay to the United States a special assessment $200, which is due immediately.

All fines are waived.

It is further ordered that in the interest of justice, counts 3-7 are dismissed.

IT IS SO ORDERED.

April 12, 2017
DATE

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JOSEPH D. AXELRAD
Assistant United States Attorney

CC: USPO